People of the State of Illinois, Plaintiff-Appellee, v. Elijah H. Johnson, et al., Defendants-Appellants.

Gen. Nos. 51,086 and 51,087. ▮▮▮▮▮▮▮▮▮▮

First District, Second Division.

February 27, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellants; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Eldridge R. Hersey, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**